**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ALASKA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Marine Fishing International, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-0507421** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**3 Lake Bellevue Drive, Suite 201**<br>**Bellevue, WA 98005**<br>Number, Street, City, State & ZIP Code<br><br>**King**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.marinefishinginternational.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Marine Fishing International, Inc.**       Case number (*if known*) _____
     Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>4251</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

---

Debtor **Marine Fishing International, Inc.**  Case number (*if known*) _____

Name

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**  Relationship _____
District _____ When _____  Case number, if known _____

**11. Why is the case filed in this district?** *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000  ☐ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50  million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  ☐ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ■ $10,000,001 - $50  million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor   **Marine Fishing International, Inc.**
Name

Case number *(if known)* _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 19, 2024**
              MM / DD / YYYY

*X* **/s/ Aleksey Kozlov** _____     **Aleksey Kozlov** _____
    Signature of authorized representative of debtor          Printed name

Title   **Authorized Representative** _____

**18. Signature of attorney**

*X* **/s/ Thomas A. Buford** _____   Date   **August 19, 2024**
    Signature of attorney for debtor                            MM / DD / YYYY

**Thomas A. Buford** _____
Printed name

**Bush Kornfeld LLP** _____
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110** _____   Email address   **tbuford@bskd.com** _____

**1805046 AK** _____
Bar number and State

Debtor   **Marine Fishing International, Inc.**
Name                                                    Case number (*if known*)

---

| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF ALASKA

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | **Marine Fishing International, LLC** | | | Relationship to you | **Affiliate** |
| District | **Alaska** | When | **8/19/24** | Case number, if known | |
| Debtor | **Modys, LLC** | | | Relationship to you | **Affilate** |
| District | **Alaska** | When | **8/19/24** | Case number, if known | |
| Debtor | **Salacia, LLC** | | | Relationship to you | **Affiliate** |
| District | **Alaska** | When | **8/19/24** | Case number, if known | |
| Debtor | **Silver Wave, LLC** | | | Relationship to you | **Affiliate** |
| District | **Alaska** | When | **8/19/24** | Case number, if known | |
| Debtor | **Whittier Seafood, LLC** | | | Relationship to you | **Affiliate** |
| District | **Alaska** | When | **8/19/24** | Case number, if known | |

WRITTEN SHAREHOLDER CONSENT TO ACTION
WITHOUT A MEETING

WHEREAS, Marine Fishing International, Inc.. (the "Company"), a Nevada corporation, is experiencing challenges and is experiencing significant financial challenges; and

WHEREAS, the undersigned is a shareholder of the Company (the "Shareholder"); entitled to vote on the matters described herein;

WHEREAS, it is the opinion of the Shareholder of the Company that the only reasonable and prudent response to the Company's circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Shareholder selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interest in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Shareholder consents to the following action by the Company without a meeting thereon:

1.      The Company's employment of Bush Kornfeld to represent it in the Chapter 11 proceedings and its undertaking of the necessary steps to have that employment approved by the Bankruptcy Court as soon as is practicable;

2.      The Company's retention of such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding and any related litigation;

3.      The Company's authorization of Aleksey Kozlov, as Authorized Person of the Company, to cause the Company to file a Chapter 11 bankruptcy; and

4.      The Company's filing of a Chapter 11 bankruptcy.

DATED this _____ day of August, 2024.


NORTH STAR CAPITAL SOLUTIONS, LLC, sole shareholder
        By:  Worldwide Food Solutions, LLC, its sole member and manager

        _____
        By: Roger Stiles, President

3

2837 hh16j6017p

WHEREAS, Marine Fishing International, Inc. (the "Company") a Nevada corporation, is experiencing challenges and is experiencing significant financial challenges; and

WHEREAS, the undersigned is a shareholder of the Company (the "Shareholder"); entitled to vote on the matters described herein;

WHEREAS, it is the opinion of the Shareholder of the Company that the only reasonable and prudent response to the Company's circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Shareholder selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interest in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Shareholder consents to the following action by the Company without a meeting thereon:

1. The Company's employment of Bush Kornfeld to represent it in the Chapter 11 proceedings and its undertaking of the necessary steps to have that employment approved by the Bankruptcy Court as soon as is practicable;

2. The Company's retention of such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding and any related litigation;

3. The Company's authorization of Aleksey Kozlov, as Authorized Person of the Company, to cause the Company to file a Chapter 11 bankruptcy; and

4. The Company's filing of a Chapter 11 bankruptcy.

DATED this _16_ day of August, 2024.


NORTH STAR CAPITAL SOLUTIONS, LLC, sole shareholder
By: Worldwide Food Solutions, LLC, its sole member and manager


By: Roger Stiles, President

3

2837 hh16j6017p

**Fill in this information to identify the case:**

Debtor name    **Marine Fishing International, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 19, 2024**          X **/s/ Aleksey Kozlov**
                                          Signature of individual signing on behalf of debtor

                                          **Aleksey Kozlov**
                                          Printed name

                                          **Authorized Representative**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Marine Fishing International, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF ALASKA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CBIZ Berntson Porter 11100 NE 8th Street Bellevue, WA 98004** | **(425) 289-7601** | | | | | **$82,463.22** |
| **Global Star Logistics Co., LTD Global Star Building #1197-2 Choryang-Dong, Busan KOREA** | | | | | | **$152,822.23** |
| **KVH Industries A/S - EMEA Headquarters Kokkedal Industripark 2B 2980 Kokkedal DENMARK** | **(454) 516-0180** | | | | | **$4,374.02** |
| **LeSourd & Patten 20 Sixth Ave NE Issaquah, WA 98027** | | | | | | **$238.00** |
| **R. Shawn Griggs 130 Nickerston Street Seattle, WA 98109** | **(206) 745-3805** | **Professional Services** | | | | **$1,527.50** |
| **Rongcheng City Xinhui Aquatic Co Shidao Bay Shandong CHINA ************NEED BETTER ADDRESS*********** | | | | | | **$68,293.80** |
| **SL Marine Co., Ltd. ************NEED ADDRESS** | | | | | | **$11.00** |

**Fill in this information to identify the case:**

Debtor name    **Marine Fishing International, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................... $     **566,833.21**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................. $     **566,833.21**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **19,326,374.20**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **309,729.77**

4. **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b

    $     **19,636,103.97**

**Fill in this information to identify the case:**

Debtor name **Marine Fishing International, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ALASKA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **2995** | **$13,143.47** |
| 3.2. | **Cathay Bank** | **Checking** | **2072** | **$139,793.67** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $152,937.14 |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Deposits** | **$17,155.34** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Marine Fishing International, Inc.**                    Case number *(If known)* _____
                Name

Description, including name of holder of prepayment

| 8.1. | **Prepayments** | $26,032.22 |
|---|---|---|

| 9. | **Total of Part 2.** | $43,187.56 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **370,707.51**   -   **0.00**   = ....   **$370,707.51**
                        face amount            doubtful or uncollectible accounts

11b. Over 90 days old:        **6,316,508.07**   -   **6,316,508.07**   =....   **$0.00**
                        face amount            doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | $370,707.51 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    Raw materials | | | | |
| 20.    Work in progress | | | | |
| 21.    Finished goods, including goods held for resale **Finished goods inventory** | | $0.00 | | $1.00 |
| 22.    Other inventory or supplies | | | | |

| 23. | **Total of Part 5.** | $1.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**

Debtor    **Marine Fishing International, Inc.**                                    Case number *(If known)* _____
        Name

☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.marinefishinginternational.com | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

Debtor    **Marine Fishing International, Inc.**                                    Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**  <br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**  <br>Description (for example, federal, state, local) | |
| **Federal**    Tax year _____ | **Unknown** |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor    **Marine Fishing International, Inc.**    Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $152,937.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $43,187.56 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $370,707.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $566,833.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $566,833.21 |

**Fill in this information to identify the case:**

Debtor name    **Marine Fishing International, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Cathay Bank** <br> Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets other than real estate** | $19,326,374.20 | $0.00 |
| | **6320 Canoga Ave. #910**<br>**Woodland Hills, CA 91367**<br>Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**12/28/2022** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $19,326,374.20

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Marine Fishing International, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF ALASKA**

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address **Internal Revenue Service Centralized Insolvency Ops. PO Box 7346 Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address **CBIZ Berntson Porter 11100 NE 8th Street Bellevue, WA 98004** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$82,463.22** |
|  | Date(s) debt was incurred _ | Basis for the claim: _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |  |
| 3.2 | Nonpriority creditor's name and mailing address **Daemyung Corporation Sang-A Villa, 1st FLR 48-9, Imsisudoginy Busan KOREA** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|  | Date(s) debt was incurred _ | Basis for the claim: _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |  |

27718

Debtor    **Marine Fishing International, Inc.**

Name    Case number (if known)

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,822.23 |
|---|---|---|---|

**Global Star Logistics Co., LTD**
**Global Star Building #1197-2**
**Choryang-Dong, Busan**
**KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,374.02 |
|---|---|---|---|

**KVH Industries A/S**
**- EMEA Headquarters**
**Kokkedal Industripark 2B 2980**
**Kokkedal DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.00 |
|---|---|---|---|

**LeSourd & Patten**
**20 Sixth Ave NE**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,527.50 |
|---|---|---|---|

**R. Shawn Griggs**
**130 Nickerston Street**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,293.80 |
|---|---|---|---|

**Rongcheng City Xinhui Aquatic Co**
**Shidao Bay**
**Shandong CHINA**
**************NEED BETTER ADDRESS*********

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**SL Marine Co., Ltd.**
**************NEED ADDRESS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

---

Debtor    **Marine Fishing International, Inc.**
Name                                                                        Case number (if known) _____

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $        **0.00** |
| **5b. Total claims from Part 2** | 5b.   **+** | $        **309,729.77** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        **309,729.77** |

**Fill in this information to identify the case:**

Debtor name        **Marine Fishing International, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract    _____ | _____ |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract    _____ | _____ |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract    _____ | _____ |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract    _____ | _____ |

**Fill in this information to identify the case:**

Debtor name **Marine Fishing International, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ALASKA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor* — *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Aleksey Kozlov | 3 Lake Bellevue Drive Bellevue, WA 98005 | Cathay Bank | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | Marine Fishing International, LLC | 3 Lake Bellevue Drive Bellevue, WA 98005 | Cathay Bank | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.3 | Modys, LLC | 3 Lake Bellevue Drive Bellevue, WA 98005 | Cathay Bank | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.4 | Salacia, LLC | 3 Lake Bellevue Drive Bellevue, WA 98005 | Cathay Bank | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.5 | Silver Wave, LLC | 3 Lake Bellevue Drive Bellevue, WA 98005 | Cathay Bank | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

Debtor  **Marine Fishing International, Inc.**

Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

---

| 2.6 | **Whittier Seafood, Inc.** | **375 E Whittier Street**<br>**Whittier, AK 99693** | **Cathay Bank** | ■ D   __2.1__<br>☐ E/F _____<br>☐ G _____ |

---

# United States Bankruptcy Court
## District of Alaska

In re   **Marine Fishing International, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **North Star Capital Solutions, LLC**<br>**800 North State Street #403**<br>**Dover, DE 19901** | | **100** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 19, 2024**

Signature   **/s/ Aleksey Kozlov**

**Aleksey Kozlov**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Alaska**

In re    **Marine Fishing International, Inc.**                                                    Case No. _____

                                                              Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 19, 2024** _____        **/s/ Aleksey Kozlov** _____
                                                              **Aleksey Kozlov/Authorized Representative**
                                                              Signer/Title

```
Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin.
510 L Street
Room 310
Anchorage, AK 99501


Office of the Attorney General (AK)
Attorney General Treg R. Taylor
1031 W 4th Ave. #200
Anchorage, AK 99501


United States Attorney's Office
222 W 7th Ave. Rm. 253, #9
Anchorage, AK 99513


Aleksey Kozlov
3 Lake Bellevue Drive
Bellevue, WA 98005


Cathay Bank
6320 Canoga Ave. #910
Woodland Hills, CA 91367


CBIZ Berntson Porter
11100 NE 8th Street
Bellevue, WA 98004
```

Daemyung Corporation
Sang-A Villa, 1st FLR 48-9, Imsisudoginy
Busan KOREA


Global Star Logistics Co., LTD
Global Star Building #1197-2
Choryang-Dong, Busan
KOREA


Internal Revenue Service
Centralized Insolvency Ops.
PO Box 7346
Philadelphia, PA 19101-7346


KVH Industries A/S
- EMEA Headquarters
Kokkedal Industripark 2B 2980
Kokkedal DENMARK


LeSourd & Patten
20 Sixth Ave NE
Issaquah, WA 98027


Marine Fishing International, LLC
3 Lake Bellevue Drive
Bellevue, WA 98005


Modys, LLC
3 Lake Bellevue Drive
Bellevue, WA 98005


R. Shawn Griggs
130 Nickerston Street
Seattle, WA 98109


Rongcheng City Xinhui Aquatic Co
Shidao Bay
Shandong CHINA
***********NEED BETTER ADDRESS*********


Salacia, LLC
3 Lake Bellevue Drive
Bellevue, WA 98005

Silver Wave, LLC
3 Lake Bellevue Drive
Bellevue, WA 98005


SL Marine Co., Ltd.
*************NEED ADDRESS


Whittier Seafood, Inc.
375 E Whittier Street
Whittier, AK 99693

# United States Bankruptcy Court
## District of Alaska

In re __Marine Fishing International, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Marine Fishing International, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**North Star Capital Solutions, LLC**
**800 North State Street #403**
**Dover, DE 19901**

☐ None [*Check if applicable*]

__August 19, 2024__

Date

__/s/ Thomas A. Buford__

**Thomas A. Buford**

Signature of Attorney or Litigant

Counsel for   __Marine Fishing International, Inc.__

**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**tbuford@bskd.com**